UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ERICK ZEPHYR,<br>          Petitioner | CIVIL ACTION NO.11-CV-0253 |
| VERSUS | JUDGE DEE D. DRELL |
| DAVID DAUGHTY, et al.,<br>          Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Zephyr's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of August, 2011.

                                    DEE D. DRELL
                            UNITED STATES DISTRICT JUDGE